**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**CMACO AUTOMOTIVE SYSTEMS, INC.**
**d/b/a CMA FORGING COMPANY, a**
**California corporation**

|  |  |
|---|---|
| Plaintiff, | Case No. 05-60087 CV |
|  | Hon. John Corbett O'Meara |
|  | Magistrate Judge Mona K. Majzoub |

v.

**WANXIANG AMERICA CORPORATION,**
**a Kentucky corporation**

Defendant.

_____/

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS**
**WITHOUT PREJUDICE**

At a session of said Court, held in the United States
District Court, Eastern District of Michigan, Southern
Division on Thursday, August 4, 2005

PRESENT:  JOHN CORBETT O'MEARA_____
U.S. DISTRICT COURT JUDGE

This matter having come before the Court by Defendant's Motion to Dismiss, the

Court having reviewed the briefs, conducted oral argument on Thursday, August 4, 2005, and

being otherwise fully advised in the premises,

**IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss is **DENIED**

**WITHOUT PREJUDICE** for the reasons stated on the record.

s/John Corbett O'Meara_____
John Corbett O'Meara
United States District Judge

Dated:  August 12, 2005