UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CMACO AUTOMOTIVE SYSTEMS, INC.,
d/b/a CMA FORGING COMPANY,

      Plaintiff,

v.

WANXIANG AMERICA CORPORATION,

      Defendant.
      _____/

Case No. 05-60087

Honorable John Corbett O'Meara

## ORDER AFFIRMING
## MAGISTRATE JUDGE SCHEER'S FEBRUARY 26, 2007 ORDER

The court, pursuant to Rule 72(a) of the Federal Rules of Civil Procedure, 28 U.S.C. § 636(b)(1)(A), and Local Rule 72.1(d) (E.D. Mich. Sept. 8, 1998), has reviewed Magistrate Judge Scheer's February 26, 2007 Order Granting Plaintiff's Motion to Compel Responses to Document Requests as well as relevant portions of the February 8, 2007 hearing on the matter.

Defendant WAC filed objections to the order March 14, 2007; and plaintiff CMA filed a response to those objections April 2, 2007. Defendant filed a reply brief April 12, 2007. Having reviewed the order, the objections, the response and the reply, the court finds that the order is not clearly erroneous or contrary to law. As noted by Magistrate Judge Scheer, WAC cannot have it both ways by producing documents from its parent company in China that it finds favorable to this litigation and then claiming that it does not exercise the requisite control to produce other documents that may not be favorable.

Therefore, it is hereby **ORDERED** that Magistrate Judge Scheer's December 12, 2006 order is **AFFIRMED.**

                                                                            s/John Corbett O'Meara
                                                                            United States District Judge

Dated: August 13, 2007

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, August 13, 2007, by electronic and/or ordinary mail.

                                                                            s/William Barkholz
                                                                             Case Manager