UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CMACO AUTOMOTIVE SYSTEMS, INC.,
d/b/a CMA FORGING COMPANY,

       Plaintiff,

Case No. 05-60087

Honorable John Corbett O'Meara

v.

WANXIANG AMERICA CORPORATION,

       Defendant.
                                     /

## ORDER DENYING
## PLAINTIFF'S MOTION FOR RECONSIDERATION

This matter came before the court on plaintiff CMACO's September 29, 2007 motion for rehearing and/or reconsideration of the court's September 10, 2007 opinion and order granting defendant Wanxiang America Corporation's ("WAC's") motion for summary judgment. WAC filed a response to the motion for reconsideration November 8, 2007; CMACO filed a reply November 16, 2007; and WAC filed a sur-reply November 28, 2007. Pursuant to Local Rule 71.(g)(2)(E.D. Mich. Dec. 1, 2005), no oral argument was heard.

> Generally, and without restricting the court's discretion, the court will not grant motions for rehearing or reconsideration that merely present the same issues ruled upon by the court, either expressly or by reasonable implication. The movant must not only demonstrate a palpable defect by which the court and the parties have been misled but also show that correcting the defect will result in a different disposition of the case.

Local Rule 7.1(g)(3).

In this case Plaintiff correctly points out that the court's opinion and order contained a defect when the court transposed the names "WAC" and "Visteon" in ¶ 1, p.5. The defect is not substantive, however; and correcting the defect will not result in a different disposition of the case. Plaintiff's other assignments of error merely present the same issues ruled upon by the court.

### **ORDER**

It is hereby **ORDERED** that plaintiff CMACO's September 29, 2007 motion for rehearing and/or reconsideration is **DENIED.**

                                           s/John Corbett O'Meara
                                           United States District Judge

Date: February 28, 2008

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, February 28, 2008, by electronic and/or ordinary mail.

                                           s/William Barkholz
                                           Case Manager